IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ISHANTA SHOALS, an individual,  )<br>  )<br>       **Plaintiff,**  )<br>  )<br>vs.  )<br>  )<br>1. STATE OF OKLAHOMA, ex rel.  )<br>OKLAHOMA DEPARTMENT OF  )<br>HUMAN SERVICES, a governmental  )<br>agency,  )<br>2. MICHAEL KINDRICK, an individual, )<br>3. ZANE GRAY, an individual,  )<br>  )<br>  )<br>       **Defendants.**  ) | Case No. 16-CV-220-RAW |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Ishanta Shoals, by and through her attorney of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and the Defendants, by and through their attorneys of record, John E. Douglas, Stacy Pederson, and Emily B. Fagen of *Assistant General Counsel, Department of Human Services* , and hereby give notice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), that Plaintiff dismisses with prejudice the following enumerated counts and/or claims pled in her Second Amended Complaint: (a) Count I – Race Discrimination in Violation of Title VII; (b) Count II – Race Discrimination in Violation of 42 U.S.C. §§ 1981 & 1983; (c) Count III – Retaliation in Violation of Title VII; and (d) Count IV – Retaliation in Violation of 42 U.S.C. §§ 1981 & 1983.  Plaintiff will continue to litigate her remaining claim, as follows: (a) Count V – First Amendment Retaliation in Violation of 42 U.S.C. § 1983.  Through this dismissal, each party is to bear their / its own costs and attorney's fees.

Respectfully Submitted,

Armstrong & Vaught, P.L.C.

/s/ *Charles C. Vaught*
Charles C. Vaught, OBA #19962
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500
(918) 583-1755 Facsimile
cvaught@a-vlaw.com
**Attorney for Plaintiff**

and

*/s/ John E. Douglas*
John E. Douglas, OBA #2447
Stacy Pedersen, OBA #17118
Emily B. Fagan, OBA #22427
Assistant General Counsel
Oklahoma Dept. of Human Services
P.O. Box 25352
Oklahoma City, OK 73125-0352
Telephone: (405) 521-3638
Facsimile: (405) 521-6816
**Attorneys for Defendants**
*Signed by Filing Attorney with permission*
*of Defendant's attorney.*

## CERTIFICATE OF SERVICE

I hereby that on the 15th day of February, 2017, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

John E. Douglas:  John.Douglas@okdhs.org

Stacy Pederson: Stacy.Pederson@okdhs.org

Emily Fagan: Emily.Fagan@okdhs.org

*s/ Charles C. Vaught*
Charles C. Vaught