# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ISHANTA SHOALS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 16-CV-220-RAW |
| THE STATE OF OKLAHOMA, ex rel. | ) |
| OKLAHOMA DEPARTMENT OF HUMAN | ) |
| SERVICES, | ) |
| MICHAEL KINDRICK, an individual, | ) |
| and, | ) |
| ZANE GRAY, an individual, | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Ishanta Shoals, hereby stipulates with the Defendants, The State of Oklahoma, ex rel. Oklahoma Department of Human Services, Michael Kindrick, an individual, and, Zane Gray, an individual, that her claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 18th DAY OF DECEMBER, 2017.**

2

*s/ Ishanta Shoals*
Ishanta Shoals
(Signed by Filing Attorney with permission of Plaintiff)

*s/ John E. Douglas*
John E. Douglas (OBA #2447)
Assistant General Counsel
Oklahoma Department of Human Services
P. O. Box 25352
Oklahoma City, OK 73125-0352
Telephone: (405) 521-3638
FAX: (405) 521-6816
*Attorney for Defendants*